IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDY SOUCY,

    Plaintiff,                        No. Civ S-08-2566 MCE KJM PS

    vs.

HAROLD HILDERBRAN, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se. The federal venue statute requires that a civil action based on diversity jurisdiction be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(a).

        In this case, the defendants are located and the claim arose in Reno, Nevada, which is in the District of Nevada. Therefore, plaintiff's claim should have been filed in the United States District Court for the District of Nevada. In the interest of justice, a federal court

/////

1 | may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.

2 | § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3 |    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

4 | United States District Court for the District of Nevada.

5 | DATED:  November 5, 2008.

6 |

            U.S. MAGISTRATE JUDGE

006
7 | soucy.tra

2